IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EARNEST BLAND, JR.                                              PLAINTIFF

v.                       No. 4:12-cv-579-DPM

UNION PACIFIC RAILROAD                                          DEFENDANT

### ORDER

Bland filed a *pro se* complaint alleging race discrimination by Union Pacific. *Document No. 2.* In September 2012, the Court denied without prejudice his motion to proceed *in forma pauperis. Document No. 4.* Nothing has happened since. If he wants to pursue this case, Bland must pay the $350 filing fee, or file an IFP application that addresses the Court's request for details about his finances, by 27 February 2013. The Court will dismiss this case without prejudice if he does not take one of these steps by February 27th.

There also appears to be a service problem. Bland had 120 days to serve his complaint properly. FED. R. CIV. P. 4(m). That period ended, by the Court's count, on 8 January 2013. Bland must therefore file proof of valid service before 8 January 2013, or a motion to extend his time for service, showing good cause, by February 27th. If he does not, the Court must dismiss his complaint without prejudice. FED. R. CIV. P. 4(m).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 February 2013