IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EARNEST BLAND, JR.                                                PLAINTIFF

v.                          No. 4:12-cv-579-DPM

UNION PACIFIC RAILROAD                                            DEFENDANT

JUDGMENT

Bland's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 February 2013